

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2015

No. 04-15-00081-CR

**IN RE** Carlton **STROUD**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Jason Pulliam, Justice

On February 18, 2015, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on February 24, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 1997CR3770, styled *The State of Texas v. Carlton Stroud*, pending in the 290th Judicial District Court, Bexar County, Texas, the Honorable Melisa Skinner presiding.